EXHIBIT B

## CONTRACT FOR SALE OF ASSETS

Due to economic necessity, the Directors and Officers of **AM-TEL DIRECTORIES, INC.** have voted to sell the assets of the business. Accordingly, under the provisions and power of such resolution, it is hereby agreed by **AMTEL DIRECTORIES, INC.** and **P.B.J. WHITE DIRECTORIES, LLC.**, as follows:

(1) **P.B.J. WHITE DIRECTORIES, LLC.** will acquire the assets, in their entirety, as set forth on the attached Exhibit "A", of **AM-TEL DIRECTORIES, INC.** and the right to use the name **AM-TEL DIRECTORIES** effective as of the 1ST day of July, 2002 under the following terms:

(a) The purchase price shall be **ONE HUNDRED THOUSAND AND 00/100 DOLLARS ($100,000.00)** plus the assumption of the specified indebtedness of **AM-TEL DIRECTORIES, INC.** as set forth on the listing of such indebtedness that is attached hereto as Exhibit "B". The **ONE HUNDRED THOUSAND and 00/100 DOLLARS ($100,000.00)** shall be paid as follows: a) $75,000.00 on or before 8th of July, 2002; b) $25,000.00 on or before 8th of July, 2004. **AM-TEL DIRECTORIES, INC.** shall remain obligated and shall hold **P.B.J. WHITE DIRECTORIES, LLC.** harmless from all other indebtedness.

(b) **P.B.J. WHITE DIRECTORIES, LLC.** shall secure, by its own independent line of finance, all outstanding debts and obligations of **AM-TEL DIRECTORIES, INC.**;

(2) **P.B.J. WHITE DIRECTORIES, LLC.** has the right to assign its interest in this agreement.

(3) After the purchase of the assets, **P.B.J. WHITE DIRECTORIES, LLC.** may offer employment to the employees of **AM-TEL DIRECTORIES, INC.**, but is under no obligation to do so.

IN WITNESS WHEREOF, the parties have hereunto set their hands to this agreement on the 3rd day of July, 2002.

SIGNED IN THE PRESENCE OF:

AMTEL DIRECTORIES, INC.

BY: _Steve M. Brandeberry_

P.B.J. WHITE DIRECTORIES, LLC.

BY: _____

State of Ohio
County of _____Champaign_____, SS:

Before me, a Notary Public, in and for said County and State, personally came **Am-Tel Directories, Inc.**, by **Steve M. Brandeberry**, its _President_, who acknowledged the signing of the foregoing agreement to be the voluntary act and deed of the said **Am-Tel Directories, Inc.** and the voluntary act and deed of the said **Steve M. Brandeberry**, personally and as such officer.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal on this __3rd__ day of __July__, 2002.

_____
Notary Public

HARLEY A. DAVIDSON, Attorney at Law
Notary Public, State of Ohio
My Commission has no expiration date
Section 147.03 O.R.C

State of Ohio
County of _____Champaign_____, SS:

Before me, a Notary Public, in and for said County and State, personally came **P.B.J. WHITE DIRECTORIES, LLC.**, by _William N. White_, its _President_, who acknowledged the signing of the foregoing agreement to be the voluntary act and deed of the said **P.B.J. WHITE DIRECTORIES, LLC.** and the voluntary act and deed of the said _William N. White_, personally and as such officer.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal on this __3rd__ day of __July__, 2002.

_____
Notary Public

HARLEY A. DAVIDSON, Attorney at Law
Notary Public, State of Ohio
My Commission has no expiration date
Section 147.03 O.R.C

This instrument prepared by:
HARLEY A. DAVIDSON, Attorney at Law
117 W. Court St., Urbana, OH 43078

AMTEL Directories Inc.
## Balance Sheet
As of July 3, 2002

|  | Jul 3, '02 |
|---|---:|
| **ASSETS** |  |
| **Current Assets** |  |
| **Checking/Savings** |  |
| 102 Champaign Op 647160 | 10,609.59 |
| 103 Payroll 636216 | 151.21 |
| 105 Petty Cash | 2,022.80 |
| **Total Checking/Savings** | 12,783.60 |
| **Accounts Receivable** |  |
| Accounts Receivable | 381,903.60 |
| **Total Accounts Receivable** | 381,903.60 |
| **Other Current Assets** |  |
| 131 Employee Advances | 240.00 |
| **Total Other Current Assets** | 240.00 |
| **Total Current Assets** | 394,927.20 |
| **Fixed Assets** |  |
| **146 Fixtures & Equipment** |  |
| 147 Fixt. & Equip Accum Depr. | -20,000.33 |
| 146 Fixtures & Equipment - Other | 43,686.57 |
| **Total 146 Fixtures & Equipment** | 23,686.24 |
| **148 Transportation Equipment** |  |
| 149 Trans Equip. Accum. Depr. | 1,179.98 |
| 148 Transportation Equipment - Other | 14,586.29 |
| **Total 148 Transportation Equipment** | 15,766.27 |
| **Total Fixed Assets** | 39,452.51 |
| **Other Assets** |  |
| 181 Intan. Asset Asset Purchase | 205,000.00 |
| 182 Intan. Non Compete | 150,000.00 |
| 183 Intan. Asset License Agrmnt | 50,000.00 |
| 185 Accum Amort Asset Purchase | -77,446.02 |
| 186 Accum Amort Non Compete | -56,666.98 |
| 187 Accum Amort License Agrmnt | -18,887.00 |
| Deposits | 5,000.00 |
| **Total Other Assets** | 257,000.00 |
| **TOTAL ASSETS** | **691,379.71** |
| **LIABILITIES & EQUITY** |  |
| **Liabilities** |  |
| **Current Liabilities** |  |
| **Accounts Payable** |  |
| 205 Accounts Payable | 137,402.00 |
| **Total Accounts Payable** | 137,402.00 |
| **Credit Cards** |  |
| AmEx SBS 61009 | 5,000.00 |
| **Total Credit Cards** | 5,000.00 |
| **Other Current Liabilities** |  |
| **203 Accrued Publish Exp-Union** |  |
| Printing | 4,662.66 |
| yellow page tapes/leads | 628.07 |
| **Total 203 Accrued Publish Exp-Union** | 5,290.73 |
| **204 Accrued Publish Exp Logan** |  |
| Printing | -2,500.00 |
| yellow page tapes/leads | 707.44 |
| **Total 204 Accrued Publish Exp Logan** | -1,792.56 |
| **206 Accrued Publish Exp Champ** |  |
| Pageing/Graphics | 4,246.02 |

# AMTEL Directories Inc.
## Balance Sheet
### As of July 3, 2002

|  | Jul 3, '02 |
|---|---:|
| Printing | 45,000.00 |
| white page tapes | 183.99 |
| 206 Accrued Publish Exp Champ - Other | 462.18 |
| **Total 206 Accrued Publish Exp Champ** | **49,892.19** |
| 210 Peoples 603847-50 | -184.54 |
| 210 Peoples 604127-50 | 308.88 |
| Payroll Liabilities |  |
| 232.1 FICA er | -0.01 |
| 232.2 FICA ee | -0.01 |
| 235 Federal Unemployment | -0.20 |
| Group Medical | 0.03 |
| **Total Payroll Liabilities** | **-0.19** |
| **Total Other Current Liabilities** | **53,514.51** |
| **Total Current Liabilities** | **195,916.51** |
| Long Term Liabilities |  |
| 267 Note Pay CNB LOC 7017 | 100,000.00 |
| 268 Note Pay Delta Hamilton | 7,000.00 |
| 269 Note CNB 8669 Business | 144,367.52 |
| 270 Note John & Anne Hahn | 15,000.00 |
| 276.1 Note Pay Amer Ex LOC | 7,943.07 |
| 276.2 Note Pay Peoples 99 Chrys | 13,136.54 |
| 276.3 Peoples DIAD | 4,924.60 |
| 276.4 Peoples Computer EQT/Acce | 5,904.78 |
| 276.5 Peoples Ofc Furn/phones | 11,589.81 |
| **Total Long Term Liabilities** | **309,866.32** |
| **Total Liabilities** | **505,782.83** |
| Equity |  |
| 262 Equity Steve Brandeberry | 74,300.14 |
| 263 Officer Equity & Draws | 923.11 |
| 265 Equity P. Hamilton | 72,956.20 |
| 280 Equity Skipp Weithman | 21,000.00 |
| 281 Capital Stock | 500.00 |
| 283 Retained Earnings | 787.14 |
| Opening Bal Equity | 10,804.24 |
| Net Income | 4,326.05 |
| **Total Equity** | **185,596.88** |
| **TOTAL LIABILITIES & EQUITY** | **691,379.71** |

07/03/02

AmTel Directories Inc.
## Unpaid Bills Detail
### As of July 3, 2002

| Type | Date | Num | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|
| **Access Computers, Inc.** | | | | | |
| Bill | 2/28/2002 | 13233 | 3/30/2002 | 125 | 344.50 |
| Bill | 2/28/2002 | 13234 | 3/30/2002 | 125 | 2,177.13 |
| Bill | 4/10/2002 | 13250 | 5/10/2002 | 84 | 438.63 |
| Bill | 5/14/2002 | 13338 | 6/13/2002 | 50 | 138.06 |
| Total Access Computers, Inc. | | | | | 3,098.32 |
| **Alpha Graphic Services** | | | | | |
| Bill | 3/22/2002 | 2904 | 4/6/2002 | 103 | 1,062.87 |
| Total Alpha Graphic Services | | | | | 1,062.87 |
| **American Express Centurion Bank** | | | | | |
| Bill | 6/26/2002 | | 7/6/2002 | 7 | 9,180.29 |
| Total American Express Centurion Bank | | | | | 9,180.29 |
| **Bellefontaine Steel and Fabricating** | | | | | |
| Bill | 3/7/2002 | 12638 | 3/17/2002 | 118 | 455.28 |
| Total Bellefontaine Steel and Fabricating | | | | | 455.28 |
| **Boldman Printing Co.** | | | | | |
| Bill | 3/15/2002 | 14985 | 4/14/2002 | 110 | 344.52 |
| Bill | 4/30/2002 | 15139 | 5/30/2002 | 64 | 459.68 |
| Bill | 5/10/2002 | 15206 | 6/9/2002 | 54 | 114.27 |
| Total Boldman Printing Co. | | | | | 918.47 |
| **BP** | | | | | |
| Bill | 6/19/2002 | 81206 | 7/9/2002 | 14 | 149.67 |
| Total BP | | | | | 149.67 |
| **Business Equipment Company** | | | | | |
| Bill | 6/3/2002 | | 6/18/2002 | 30 | 199.72 |
| Total Business Equipment Company | | | | | 199.72 |
| **Champaign County Chamber Of Commerce** | | | | | |
| Bill | 4/1/2002 | | 5/1/2002 | 93 | 10.00 |
| Bill | 4/24/2002 | 1088 | 5/24/2002 | 70 | 300.00 |
| Total Champaign County Chamber Of Commerce | | | | | 310.00 |
| **Champaign County Historical Society** | | | | | |
| Bill | 2/21/2002 | | 3/3/2002 | 132 | 75.00 |
| Total Champaign County Historical Society | | | | | 75.00 |
| **Champaign Nat'l Bank and Trust** | | | | | |
| Bill | 6/14/2002 | | 6/29/2002 | 19 | 625.00 |
| Bill | 6/17/2002 | | 7/2/2002 | 16 | 683.71 |
| Total Champaign Nat'l Bank and Trust | | | | | 1,308.71 |
| **Citizens National Bank** | | | | | |
| Bill | 3/8/2002 | | 3/18/2002 | 117 | 1,000.00 |
| Total Citizens National Bank | | | | | 1,000.00 |
| **Duro-Last** | | | | | |
| Bill | 4/17/2002 | 431529 | 4/27/2002 | 77 | 225.00 |
| Total Duro-Last | | | | | 225.00 |
| **FedEx** | | | | | |
| Bill | 6/12/2002 | 42744... | 6/27/2002 | 21 | 50.17 |
| Bill | 6/19/2002 | 42748... | 7/4/2002 | 14 | 81.99 |
| Bill | 6/26/2002 | 42752... | 7/11/2002 | 7 | 41.80 |
| Total FedEx | | | | | 173.96 |
| **Franke's Wood Products, LLC** | | | | | |
| Bill | 3/25/2002 | 5028 | 4/24/2002 | 100 | 1,000.00 |

07/03/02

# AMTEL Directories Inc.
## Unpaid Bills Detail
### As of July 3, 2002

| Type | Date | Num | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|
| **Total Franke's Wood Products, LLC** | | | | | 1,000.00 |
| **Hatton & Enright Pharmacy, Inc** | | | | | |
| Bill | 4/20/2002 | | 5/5/2002 | 74 | 55.10 |
| Bill | 4/20/2002 | | 5/5/2002 | 74 | 163.01 |
| Bill | 5/20/2002 | | 6/4/2002 | 44 | 153.96 |
| Bill | 6/20/2002 | | 7/5/2002 | 13 | 68.91 |
| **Total Hatton & Enright Pharmacy, Inc** | | | | | 440.98 |
| **I O S Capital** | | | | | |
| Bill | 6/11/2002 | 55359... | 6/26/2002 | 22 | 100.70 |
| **Total I O S Capital** | | | | | 100.70 |
| **Ikon** | | | | | |
| Bill | 2/25/2002 | 17083... | 3/12/2002 | 128 | 671.27 |
| **Total Ikon** | | | | | 671.27 |
| **Indian Lake Area Chamber of Commerce** | | | | | |
| Bill | 6/26/2002 | | 7/26/2002 | 7 | 75.00 |
| **Total Indian Lake Area Chamber of Commerce** | | | | | 75.00 |
| **John & Anne Hahn** | | | | | |
| Bill | 3/1/2002 | | 7/22/2002 | 124 | 2,250.00 |
| **Total John & Anne Hahn** | | | | | 2,250.00 |
| **Liberty Press** | | | | | |
| Credit | 2/28/2001 | State... | | 306 | -56.08 |
| Bill | 8/31/2001 | | 9/30/2001 | 126 | 56.08 |
| Bill | 2/27/2002 | 12234 | 3/29/2002 | 126 | 34,793.74 |
| Bill | 5/30/2002 | 5824 | 6/29/2002 | 34 | 42,594.54 |
| **Total Liberty Press** | | | | | 77,388.28 |
| **MainNet** | | | | | |
| Bill Pmt -Check | 6/2/2000 | 10383 | | | -38.50 |
| **Total MainNet** | | | | | -38.50 |
| **My Yellow Source, Inc.** | | | | | |
| Bill | 3/29/2002 | 1216 | 4/13/2002 | 96 | 1,785.00 |
| Bill | 5/2/2002 | 1230 | 5/17/2002 | 62 | 300.00 |
| Bill | 5/31/2002 | 1248 | 6/15/2002 | 33 | 200.00 |
| **Total My Yellow Source, Inc.** | | | | | 2,285.00 |
| **Peoples Savings Bank** | | | | | |
| Bill | 6/5/2002 | | 6/25/2002 | 28 | 415.69 |
| Bill | 6/5/2002 | | 6/25/2002 | 28 | 337.88 |
| Bill | 6/5/2002 | | 6/25/2002 | 28 | 393.25 |
| Bill | 6/15/2002 | | 7/15/2002 | 18 | 290.56 |
| Bill | 6/25/2002 | | 7/15/2002 | 8 | 201.42 |
| **Total Peoples Savings Bank** | | | | | 1,638.80 |
| **Pitney Bowes Credit Corporation** | | | | | |
| Bill | 6/14/2002 | jn02 | 6/29/2002 | 19 | 250.16 |
| **Total Pitney Bowes Credit Corporation** | | | | | 250.16 |
| **Pitney Bowes Purchase Power** | | | | | |
| Bill | 4/16/2002 | | 5/16/2002 | 78 | 307.00 |
| Bill | 5/16/2002 | | 6/15/2002 | 48 | 1,762.55 |
| Bill | 6/18/2002 | | 7/18/2002 | 15 | 508.62 |
| **Total PitneyBowes Purchase Power** | | | | | 2,578.17 |
| **Platinum Plus** | | | | | |
| Bill | 3/4/2002 | | 4/3/2002 | 121 | 4,741.79 |
| Bill | 4/1/2002 | | 5/1/2002 | 93 | 2,433.92 |
| Bill | 4/8/2002 | | 5/8/2002 | 86 | 4,820.12 |

07/03/02

AMTEL Directories Inc.
## Unpaid Bills Detail
### As of July 3, 2002

| Type | Date | Num | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|
| **Total Platinum Plus** | | | | | 11,995.83 |
| **Polylogics Consulting, Inc.** | | | | | |
| Bill | 5/20/2002 | W5807 | 6/19/2002 | 44 | 637.94 |
| Bill | 6/5/2002 | c0416 | 7/5/2002 | 28 | 25.22 |
| Bill | 6/13/2002 | 0207... | 7/13/2002 | 20 | 522.25 |
| **Total Polylogics Consulting, Inc.** | | | | | 1,185.41 |
| **Polylogics Services LLC** | | | | | |
| Credit | 10/25/2001 | | | | -500.00 |
| Bill | 10/31/2001 | 68 | 11/10/2001 | 245 | 75.00 |
| Bill | 3/29/2002 | 1207 | 4/28/2002 | 96 | 763.23 |
| Bill | 6/11/2002 | 1406 | 7/11/2002 | 22 | 1,117.03 |
| **Total Polylogics Services LLC** | | | | | 1,455.26 |
| **SBC Ameritech** | | | | | |
| Bill | 4/15/2002 | 1176 | 5/15/2002 | 79 | 150.00 |
| Bill | 6/15/2002 | | 7/15/2002 | 18 | 40.03 |
| **Total SBC Ameritech** | | | | | 190.03 |
| **SBC Directory Listings Products** | | | | | |
| Bill | 2/15/2002 | 1132 | 2/25/2002 | 138 | 500.24 |
| **Total SBC Directory Listings Products** | | | | | 500.24 |
| **Shawn Clark** | | | | | |
| Bill | 6/26/2002 | | 7/31/2002 | 7 | 140.00 |
| **Total Shawn Clark** | | | | | 140.00 |
| **Skelley Lumber Co** | | | | | |
| Bill | 2/28/2002 | | 3/30/2002 | 125 | 2,353.55 |
| **Total Skelley Lumber Co** | | | | | 2,353.55 |
| **SmartLease by GMAC** | | | | | |
| Bill | 5/30/2002 | | 6/19/2002 | 34 | 628.20 |
| Bill | 6/28/2002 | | 7/18/2002 | 5 | 628.20 |
| **Total SmartLease by GMAC** | | | | | 1,256.40 |
| **Speedway SuperAmerica LLC** | | | | | |
| Bill | 6/15/2002 | | 6/30/2002 | 18 | 408.30 |
| **Total Speedway SuperAmerica LLC** | | | | | 408.30 |
| **Springfield Museum Of Art** | | | | | |
| Bill | 3/14/2002 | | 3/24/2002 | 111 | 1,000.00 |
| **Total Springfield Museum Of Art** | | | | | 1,000.00 |
| **Sprint** | | | | | |
| Bill | 5/31/2002 | | 6/30/2002 | 33 | 1,283.56 |
| **Total Sprint** | | | | | 1,283.56 |
| **Staples** | | | | | |
| Bill | 6/3/2002 | | 7/3/2002 | 30 | 3,047.37 |
| **Total Staples** | | | | | 3,047.37 |
| **Thersa Cammer** | | | | | |
| Bill | 6/28/2002 | | 7/8/2002 | 5 | 64.50 |
| **Total Thersa Cammer** | | | | | 64.50 |
| **Tracy Graphical** | | | | | |
| Bill | 3/30/2002 | 1108 | 4/29/2002 | 95 | 1,229.60 |
| Bill | 5/10/2002 | 1105 | 6/9/2002 | 54 | 1,144.80 |
| **Total Tracy Graphical** | | | | | 2,374.40 |
| **Urbana Daily Citizen** | | | | | |

07/03/02

**AnTel Directories Inc.**
## Unpaid Bills Detail
### As of July 3, 2002

| Type | Date | Num | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|
| Bill | 4/11/2002 | | 5/11/2002 | 83 | 10.00 |
| Total Urbana Daily Citizen | | | | | 10.00 |
| **Wagner Maurice Davidson & Gilbert Co LPA** | | | | | |
| Bill | 4/15/2002 | | 4/25/2002 | 79 | 275.00 |
| Total Wagner Maurice Davidson & Gilbert Co LPA | | | | | 275.00 |
| **YPPA** | | | | | |
| Bill | 1/26/2002 | | 2/25/2002 | 158 | 280.00 |
| Bill | 4/1/2002 | | 5/1/2002 | 93 | 1,250.00 |
| Bill | 4/25/2002 | 00291... | 5/25/2002 | 69 | 285.00 |
| Bill | 7/1/2002 | 00297... | 7/31/2002 | 2 | 1,250.00 |
| Total YPPA | | | | | 3,065.00 |
| **TOTAL** | | | | | **137,402.00** |

07/03/02