IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

YELLOW BOOK USA, INC. and
YELLOW BOOK SALES and
DISTRIBUTION COMPANY, INC.,

        Plaintiffs,

vs.        Case No. 3:10-cv-025

STEVEN M. BRANDEBERRY,        Judge: THOMAS M. ROSE

        Defendant.

## DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

    It is certainly true that most of what the parties have advanced in this latest round of summary judgment motions has been submitted before. Defendant will try to confine his response to this motion to new material and only to the extent necessary repeat matters in the file on the preceding motions related hereto.

    The first failure of plaintiffs' summary judgment motion is its claim on page 1-2 of the memorandum that Brandeberry transferred his entire interest in the Am-Tel name to White in the attached "contract for sale of assets." To begin with Mr. Brandeberry did not individually transfer anything to White. The contract in question was between Am-Tel Directories, Inc. and PBJ White Directories, LLC. There was not a company known as Am-Tel Directories, Inc. Mr. Brandeberry's company was American Telephone Directories, Inc. Likewise while there apparently was a company known as PBJ White Directories, LLC, Mr. White thereafter formed BP White Directories, LLC which sold assets to Yellow Book.

    More importantly, the original sale on May 6, 1994 of the Am-Tel name was from Herb Burkhalter to both American Telephone Directories, Inc. *and* Steve M. Brandeberry. This is a crucial point because both Brandeberry and his company had the right to use the Am-Tel name. Because only the company sold assets to PBJ White Directories, LLC, Mr. Brandeberry himself never sold the right to use the name, and therefore retained it.

    The next issue that has been addressed before but must be repeated is that the contract

between Am-Tel Directories, Inc. and PBJ White Directories, LLC, which was drawn up by White's lawyer, references a sale of assets in their entirety and the right to use the name Am-Tel. (The phrase assets in their entirety means nothing more than assets. If you sell someone your pen, you sell your pen in its entirety absent other language.) Again, if the right to use the name Am-Tel was an exclusive right to use, there would have been no reason to state in the body of the contract "and the right to use the name Am-Tel Directories." Obviously the specific mention of the right to use is the controlling language over a list of assets with the phrase "183 Intang Asset Income Agreement."

   The extrinsic evidence argument is a road that probably no one really wants to go down. The contract is either unambiguous in Brandeberry's favor or if ambiguous entitled to be construed in his favor because PBJ White Directories LLC was the drafter. Because plaintiff did choose to go down that path, however, defendant will also.

   The sale of Brandeberry's assets to White was to be temporary. White's conduct with regard to Brandeberry was a fraud and an arbitrator has so held.

   At the time White bought assets there was to have also been a repurchase agreement allowing Brandeberry to get the assets back. White's lawyer drew up the repurchase agreement at the same time as the contract for sale of assets. Brandeberry expected to sign the repurchase agreement, which he was aware of at the same time as the sale agreement. White after asking Brandeberry to sign the sale agreement along with the prepared repurchase agreement then pulled the rug out from under Brandeberry by refusing to sign the repurchase agreement and then sold the company to Yellow Book for a figure he refused to disclose. Brandeberry sued White for fraud and won his case through arbitration.

   All of the foregoing are covered in Mr. Brandeberry's affidavit attached hereto. The intent of the parties was indeed that Steve would get his company back, but he was double-crossed.

   Mr. White's lawyer's affidavit adds nothing to the discourse. He merely states what his client told him and what the opposing party did not tell him. His statement as to what rights Brandeberry retained is a legal conclusion he is not entitled to make.

   Lastly the abandonment argument is a red herring as well. Abandonment of a trademark by an owner can cause him to lose his right to sue a new user for infringement, but it does not deprive the owner of the right to use. Mr. Brandeberry is not suing Yellow Book for infringement. Furthermore the name Am-Tel was never abandoned. The fact that Brandeberry did not use it is irrelevant because it was being used and retaining value for any of the permitted users.

   In conclusion Brandeberry retained the right to use Am-Tel individually. His company sold the non-exclusive right to use the name, and there has been no infringement.

        /s/ Darrell L. Heckman  
Darrell L. Heckman #0002389  
Attorney at Law  
Harris, Meyer, Heckman & Denkewalter, LLC  
One Monument Square, Suite 200  
Urbana, Ohio 43078  
(937) 653-4478  
Fax (937) 653-3293  
Email: dlhesq@urbanalegal.com  
Attorney for Defendant

## CERTIFICATE OF SERVICE

A copy of the foregoing pleading was served electronically to Bryce.Lenox@ThompsonHine.com, Attorney for Plaintiffs this _____ day of March, 2011.

        /s/ Darrell L. Heckman  
Darrell L. Heckman

# AFFIDAVIT

**State of Ohio**
**Champaign County SS**

Being duly sworn Steven M. Brandeberry says as follows:

1. I am the defendant in case 3:10 CV-025, United States District Court for the Southern District of Ohio Western Division at Dayton.

2. I acquired the right to use the Am-Tel name both individually and for my corporation American Telephone Directories, Inc. from Herb Burkhalter on or about May 6, 1994.

3. I intended to have my company sell assets to Barney White's company, but only if I were given a right to repurchase.

4. Mr. White's lawyer drew up a contract for sale of assets and a repurchase agreement both of which are attached hereto.

5. White only signed the sale of assets agreement, but not the repurchase agreement despite his promise to do so.

6. Thereafter White flatly refused to sign the repurchase agreement that he had drawn up to induce me to sign the contract for sale of assets.

7. I never individually sold the right to use the Am-Tel name to anyone and I neither I nor any company under my control sold the exclusive right to use the Am-Tel name to anyone, nor did I intend to and that is spelled out in the body of the contract for purchase of assets which White's lawyer prepared.

8. The Am-Tel name has been used continuously for telephone directories in the Miami Valley for over 20 years.

_____
STEVEN M. BRANDEBERRY

Sworn to before me and subscribed in my presence this __15__ day of March, 2011.



LICENSE AGREEMENT (AM/TEL)

This agreement made and executed this 6th day of May, 1994, by and between American Telephone Directories, Inc. and Steve M. Brandeberry (Licensee) and Herbert E. Burkhalter (Burkhalter);

WITNESSETH:

WHEREAS, Burkhalter has developed a distinctive name, insignia and logo, entitled AM/TEL which has been used in the Champaign County, Ohio, telephone directory for years, and

WHEREAS, licensee has agreed to pay a stipulated fee for the license to use said name, insignia/logo.

NOW, therefore the parties agree as follows:

1. Burkhalter hereby grants to licensee the use of the name, insignia and logo:

AM/TEL

AM/TEL
DIRECTORIES

for the exclusive use of licensee throughout Champaign County, Ohio, until Burkhalter has received payment in full of all monies due him on a certain asset purchase agreement, consulting agreement and covenant not to compete agreement; after which time all payments have been paid in full licensee shall be the owner of said name, insignia and logo, in so far as Burkhalter can license or sell same.

2. Licensee acknowledges that said name, insignia and logo are not registered trade names nor trade marks.

3. This agreement is non-assignable without the written consent of Burkhalter first being obtained.

4. Licensee agrees to pay the sum of Fifty Thousand Dollars ($50,000) to Burkhalter for the above license in monthly payments as follows:

```
$   275.00 beginning June 1, 1994, for 24 months
  1,500.00 beginning June 1, 1996, for 24 months
  1,480.00 beginning June 1, 1998, for 5 months or
                                     until fully paid
```

5. In the event of a default in any monthly payment for thirty days, this license shall automatically expire and licensee shall no longer have the lawful use thereof, unless

1

the default is cured within 15 days after the thirty day grace period.

6. In the event of the death of Burkhalter the payments are to be made to Elois Burkhalter, if she survives him, otherwise to his estate.

| WITNESSED BY: | AMERICAN TELEPHONE DIRECTORIES, INC. |
|---|---|
| *William R. Dohn* | By: *[signature]* |
| | President |
| *Brenda J. Stonk* | *[signature]* |
| | Steve M. Brandeberry |
| | *[signature]* |
| | Herbert E. Burkhalter |

2

## CONTRACT FOR SALE OF ASSETS

Due to economic necessity, the Directors and Officers of **AM-TEL DIRECTORIES, INC.** have voted to sell the assets of the business. Accordingly, under the provisions and power of such resolution, it is hereby agreed by **AMTEL DIRECTORIES, INC.** and **P.B.J. WHITE DIRECTORIES, LLC.**, as follows:

(1) **P.B.J. WHITE DIRECTORIES, LLC.** will acquire the assets, in their entirety, as set forth on the attached Exhibit "A", of **AM-TEL DIRECTORIES, INC.** and the right to use the name **AM-TEL DIRECTORIES** effective as of the <u>1ST</u> day of <u>July</u>, 2002 under the following terms:

(a) The purchase price shall be **ONE HUNDRED THOUSAND AND 00/100 DOLLARS ($100,000.00)** plus the assumption of the specified indebtedness of **AM-TEL DIRECTORIES, INC.** as set forth on the listing of such indebtedness that is attached hereto as Exhibit "B". The **ONE HUNDRED THOUSAND and 00/100 DOLLARS ($100,000.00)** shall be paid as follows: a) $75,000.00 on or before <u>8th</u> of <u>July</u>, 2002; b) $25,000.00 on or before <u>8th</u> of <u>July</u>, 2004. **AM-TEL DIRECTORIES, INC.** shall remain obligated and shall hold **P.B.J. WHITE DIRECTORIES, LLC.** harmless from all other indebtedness.

(b) **P.B.J. WHITE DIRECTORIES, LLC.** shall secure, by its own independent line of finance, all outstanding debts and obligations of **AM-TEL DIRECTORIES, INC.**;

(2) **P.B.J. WHITE DIRECTORIES, LLC.** has the right to assign its interest in this agreement.

(3) After the purchase of the assets, **P.B.J. WHITE DIRECTORIES, LLC.** may offer employment to the employees of **AM-TEL DIRECTORIES, INC.**, but is under no obligation to do so.

IN WITNESS WHEREOF, the parties have hereunto set their hands to this agreement on the <u>3rd</u> day of <u>July</u>, 2002.

SIGNED IN THE PRESENCE OF:

*[signatures]*

AMTEL DIRECTORIES, INC.

BY: _____
Steve M. Brandeberry

P.B.J. WHITE DIRECTORIES, LLC.

BY: _____

State of Ohio
County of _____Champaign_____, SS:

Before me, a Notary Public, in and for said County and State, personally came **Am-Tel Directories, Inc.**, by **Steve M. Brandeberry**, its ____President____, who acknowledged the signing of the foregoing agreement to be the voluntary act and deed of the said **Am-Tel Directories, Inc.** and the voluntary act and deed of the said **Steve M. Brandeberry**, personally and as such officer.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal on this ___3rd___ day of ___July___, 2002.

HARLEY A. DAVIDSON, Attorney at Law
Notary Public, State of Ohio
My Commission has no expiration date
Section 147.03 O.R.C.

Notary Public

State of Ohio
County of _____Champaign_____, SS:

Before me, a Notary Public, in and for said County and State, personally came **P.B.J. WHITE DIRECTORIES, LLC.**, by __William N. White__ its ____President____, who acknowledged the signing of the foregoing agreement to be the voluntary act and deed of the said **P.B.J. WHITE DIRECTORIES, LLC.** and the voluntary act and deed of the said __William N. White__, personally and as such officer.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal on this ___3rd___ day of ___July___, 2002.

HARLEY A. DAVIDSON, Attorney at Law
Notary Public, State of Ohio
My Commission has no expiration date
Section 147.03 O.R.C.

Notary Public

This instrument prepared by:
HARLEY A. DAVIDSON, Attorney at Law
117 W. Court St., Urbana, OH 43078

AMTEL Directories Inc.
# Balance Sheet
### As of July 3, 2002

07/03/02

|  | Jul 3, '02 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 102 Champaign Op 647160 | 10,609.59 |
| 103 Payroll 636215 | 151.21 |
| 105 Petty Cash | 2,022.80 |
| **Total Checking/Savings** | 12,783.60 |
| **Accounts Receivable** | |
| Accounts Receivable | 381,903.60 |
| **Total Accounts Receivable** | 381,903.60 |
| **Other Current Assets** | |
| 131 Employee Advances | 240.00 |
| **Total Other Current Assets** | 240.00 |
| **Total Current Assets** | 394,927.20 |
| **Fixed Assets** | |
| 146 Fixtures & Equipment | |
| 147 Fixt. & Equip Accum Depr. | -20,000.33 |
| 146 Fixtures & Equipment - Other | 43,686.57 |
| **Total 146 Fixtures & Equipment** | 23,686.24 |
| 148 Transportation Equipment | |
| 149 Trans Equip. Accum. Depr. | 1,179.98 |
| 148 Transportation Equipment - Other | 14,586.29 |
| **Total 148 Transportation Equipment** | 15,766.27 |
| **Total Fixed Assets** | 39,452.51 |
| **Other Assets** | |
| 181 Intan. Asset Asset Purchase | 205,000.00 |
| 182 Intan. Non Compete | 150,000.00 |
| 183 Intan. Asset License Agrmnt | 50,000.00 |
| 185 Accum Amort Asset Purchase | -77,446.02 |
| 186 Accum Amort Non Compete | -56,666.98 |
| 187 Accum Amort License Agrmnt | -18,887.00 |
| Deposits | 5,000.00 |
| **Total Other Assets** | 257,000.00 |
| **TOTAL ASSETS** | **691,379.71** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 205 Accounts Payable | 137,402.00 |
| **Total Accounts Payable** | 137,402.00 |
| **Credit Cards** | |
| AmEx SBS 61009 | 5,000.00 |
| **Total Credit Cards** | 5,000.00 |
| **Other Current Liabilities** | |
| 203 Accrued Publish Exp-Union | |
| Printing | 4,662.66 |
| yellow page tapes/leads | 628.07 |
| **Total 203 Accrued Publish Exp-Union** | 5,290.73 |
| 204 Accrued Publish Exp Logan | |
| Printing | -2,500.00 |
| yellow page tapes/leads | 707.44 |
| **Total 204 Accrued Publish Exp Logan** | -1,792.56 |
| 206 Accrued Publish Exp Champ | |
| Pageing/Graphics | 4,246.02 |

AMTEL Directories Inc.

# Balance Sheet
### As of July 3, 2002

07/03/02

|  | Jul 3, '02 |
|---|---:|
| Printing | 45,000.00 |
| white page tapes | 183.99 |
| 206 Accrued Publish Exp Champ - Other | 462.18 |
| **Total 206 Accrued Publish Exp Champ** | **49,892.19** |
| 210 Peoples 603847-60 | -184.54 |
| 210 Peoples 604127-60 | 308.88 |
| Payroll Liabilities |  |
|    232.1 FICA er | -0.01 |
|    232.2 FICA ee | -0.01 |
|    235 Federal Unemployment | -0.20 |
|    Group Medical | 0.03 |
| **Total Payroll Liabilities** | **-0.19** |
| **Total Other Current Liabilities** | **53,514.51** |
| **Total Current Liabilities** | **195,916.51** |
| Long Term Liabilities |  |
|    267 Note Pay CNB LOC 7017 | 100,000.00 |
|    268 Note Pay Delta Hamilton | 7,000.00 |
|    269 Note CNB 8669 Business | 144,367.52 |
|    270 Note John & Anne Hahn | 15,000.00 |
|    275.1 Note Pay Amer Ex LOC | 7,943.07 |
|    275.2 Note Pay Peoples 99 Chrys | 13,136.54 |
|    275.3 Peoples DIAD | 4,924.60 |
|    275.4 Peoples Computer EQT/Acce | 5,904.78 |
|    275.5 Peoples Ofc Furn/phones | 11,589.81 |
| **Total Long Term Liabilities** | **309,866.32** |
| **Total Liabilities** | **505,782.83** |
| Equity |  |
|    262 Equity Steve Brandeberry | 74,300.14 |
|    263 Officer Equity & Draws | 923.11 |
|    265 Equity P. Hamilton | 72,956.20 |
|    280 Equity Skipp Weithman | 21,000.00 |
|    281 Capital Stock | 500.00 |
|    283 Retained Earnings | 787.14 |
|    Opening Bal Equity | 10,804.24 |
|    Net Income | 4,326.05 |
| **Total Equity** | **185,596.88** |
| **TOTAL LIABILITIES & EQUITY** | **691,379.71** |

07/03/02

## AMTEL Directories Inc.
## Unpaid Bills Detail
### As of July 3, 2002

| Type | Date | Num | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|
| **Access Computers, Inc.** | | | | | |
| Bill | 2/28/2002 | 13233 | 3/30/2002 | 125 | 344.50 |
| Bill | 2/28/2002 | 13234 | 3/30/2002 | 125 | 2,177.13 |
| Bill | 4/10/2002 | 13250 | 5/10/2002 | 84 | 438.63 |
| Bill | 5/14/2002 | 13338 | 6/13/2002 | 50 | 138.06 |
| Total Access Computers, Inc. | | | | | 3,098.32 |
| **Alpha Graphic Services** | | | | | |
| Bill | 3/22/2002 | 2904 | 4/6/2002 | 103 | 1,062.87 |
| Total Alpha Graphic Services | | | | | 1,062.87 |
| **American Express Centurion Bank** | | | | | |
| Bill | 6/26/2002 | | 7/6/2002 | 7 | 9,180.29 |
| Total American Express Centurion Bank | | | | | 9,180.29 |
| **Bellefontaine Steel and Fabricating** | | | | | |
| Bill | 3/7/2002 | 12638 | 3/17/2002 | 118 | 455.28 |
| Total Bellefontaine Steel and Fabricating | | | | | 455.28 |
| **Boldman Printing Co.** | | | | | |
| Bill | 3/15/2002 | 14985 | 4/14/2002 | 110 | 344.52 |
| Bill | 4/30/2002 | 15139 | 5/30/2002 | 64 | 459.68 |
| Bill | 5/10/2002 | 15206 | 6/9/2002 | 54 | 114.27 |
| Total Boldman Printing Co. | | | | | 918.47 |
| **BP** | | | | | |
| Bill | 6/19/2002 | 81206 | 7/9/2002 | 14 | 149.67 |
| Total BP | | | | | 149.67 |
| **Business Equipment Company** | | | | | |
| Bill | 6/3/2002 | | 6/18/2002 | 30 | 199.72 |
| Total Business Equipment Company | | | | | 199.72 |
| **Champaign County Chamber Of Commerce** | | | | | |
| Bill | 4/1/2002 | | 5/1/2002 | 93 | 10.00 |
| Bill | 4/24/2002 | 1088 | 5/24/2002 | 70 | 300.00 |
| Total Champaign County Chamber Of Commerce | | | | | 310.00 |
| **Champaign County Historical Society** | | | | | |
| Bill | 2/21/2002 | | 3/3/2002 | 132 | 75.00 |
| Total Champaign County Historical Society | | | | | 75.00 |
| **Champaign Nat'l Bank and Trust** | | | | | |
| Bill | 6/14/2002 | | 6/29/2002 | 19 | 625.00 |
| Bill | 6/17/2002 | | 7/2/2002 | 16 | 683.71 |
| Total Champaign Nat'l Bank and Trust | | | | | 1,308.71 |
| **Citizens National Bank** | | | | | |
| Bill | 3/8/2002 | | 3/18/2002 | 117 | 1,000.00 |
| Total Citizens National Bank | | | | | 1,000.00 |
| **Duro-Last** | | | | | |
| Bill | 4/17/2002 | 431529 | 4/27/2002 | 77 | 225.00 |
| Total Duro-Last | | | | | 225.00 |
| **FedEx** | | | | | |
| Bill | 6/12/2002 | 42744... | 6/27/2002 | 21 | 50.17 |
| Bill | 6/19/2002 | 42748... | 7/4/2002 | 14 | 81.99 |
| Bill | 6/26/2002 | 42752... | 7/11/2002 | 7 | 41.80 |
| Total FedEx | | | | | 173.96 |
| **Franke's Wood Products, LLC** | | | | | |
| Bill | 3/25/2002 | 5028 | 4/24/2002 | 100 | 1,000.00 |

AMTEL Directories Inc.
## Unpaid Bills Detail
### As of July 3, 2002

07/03/02

| Type | Date | Num | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|
| **Total Franke's Wood Products, LLC** | | | | | 1,000.00 |
| **Hatton & Enright Pharmacy, Inc** | | | | | |
| Bill | 4/20/2002 | | 5/5/2002 | 74 | 55.10 |
| Bill | 4/20/2002 | | 5/5/2002 | 74 | 163.01 |
| Bill | 5/20/2002 | | 6/4/2002 | 44 | 153.96 |
| Bill | 6/20/2002 | | 7/5/2002 | 13 | 68.91 |
| **Total Hatton & Enright Pharmacy, Inc** | | | | | 440.98 |
| **I O S Capital** | | | | | |
| Bill | 6/11/2002 | 55359... | 6/26/2002 | 22 | 100.70 |
| **Total I O S Capital** | | | | | 100.70 |
| **Ikon** | | | | | |
| Bill | 2/25/2002 | 17083... | 3/12/2002 | 128 | 671.27 |
| **Total Ikon** | | | | | 671.27 |
| **Indian Lake Area Chamber of Commerce** | | | | | |
| Bill | 6/26/2002 | | 7/26/2002 | 7 | 75.00 |
| **Total Indian Lake Area Chamber of Commerce** | | | | | 75.00 |
| **John & Anne Hahn** | | | | | |
| Bill | 3/1/2002 | | 7/22/2002 | 124 | 2,250.00 |
| **Total John & Anne Hahn** | | | | | 2,250.00 |
| **Liberty Press** | | | | | |
| Credit | 2/28/2001 | State... | | | -56.08 |
| Bill | 8/31/2001 | | 9/30/2001 | 306 | 56.08 |
| Bill | 2/27/2002 | 12234 | 3/29/2002 | 126 | 34,793.74 |
| Bill | 5/30/2002 | 5824 | 6/29/2002 | 34 | 42,594.54 |
| **Total Liberty Press** | | | | | 77,388.28 |
| **MainNet** | | | | | |
| Bill Pmt -Check | 6/2/2000 | 10383 | | | -38.50 |
| **Total MainNet** | | | | | -38.50 |
| **My Yellow Source, Inc.** | | | | | |
| Bill | 3/29/2002 | 1216 | 4/13/2002 | 96 | 1,785.00 |
| Bill | 5/2/2002 | 1230 | 5/17/2002 | 62 | 300.00 |
| Bill | 5/31/2002 | 1248 | 6/15/2002 | 33 | 200.00 |
| **Total My Yellow Source, Inc.** | | | | | 2,285.00 |
| **Peoples Savings Bank** | | | | | |
| Bill | 6/5/2002 | | 6/25/2002 | 28 | 415.69 |
| Bill | 6/5/2002 | | 6/25/2002 | 28 | 337.88 |
| Bill | 6/5/2002 | | 6/25/2002 | 28 | 393.25 |
| Bill | 6/15/2002 | | 7/5/2002 | 18 | 290.56 |
| Bill | 6/25/2002 | | 7/15/2002 | 8 | 201.42 |
| **Total Peoples Savings Bank** | | | | | 1,638.80 |
| **Pitney Bowes Credit Corporation** | | | | | |
| Bill | 6/14/2002 | jn02 | 6/29/2002 | 19 | 250.16 |
| **Total Pitney Bowes Credit Corporation** | | | | | 250.16 |
| **PitneyBowes Purchase Power** | | | | | |
| Bill | 4/16/2002 | | 5/16/2002 | 78 | 307.00 |
| Bill | 5/16/2002 | | 6/15/2002 | 48 | 1,762.55 |
| Bill | 6/18/2002 | | 7/18/2002 | 15 | 508.62 |
| **Total PitneyBowes Purchase Power** | | | | | 2,578.17 |
| **Platinum Plus** | | | | | |
| Bill | 3/4/2002 | | 4/3/2002 | 121 | 4,741.79 |
| Bill | 4/1/2002 | | 5/1/2002 | 93 | 2,433.92 |
| Bill | 4/8/2002 | | 5/8/2002 | 86 | 4,820.12 |

**Amtel Directories Inc.**
## Unpaid Bills Detail
### As of July 3, 2002

07/03/02

| Type | Date | Num | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|
| **Total Platinum Plus** | | | | | 11,995.83 |
| **Polylogics Consulting, Inc.** | | | | | |
| Bill | 5/20/2002 | W5807 | 6/19/2002 | 44 | 637.94 |
| Bill | 6/5/2002 | c0416 | 7/5/2002 | 28 | 25.22 |
| Bill | 6/13/2002 | 0207... | 7/13/2002 | 20 | 522.25 |
| **Total Polylogics Consulting, Inc.** | | | | | 1,185.41 |
| **Polylogics Services LLC** | | | | | |
| Credit | 10/25/2001 | | | | -500.00 |
| Bill | 10/31/2001 | 68 | 11/10/2001 | 245 | 75.00 |
| Bill | 3/29/2002 | 1207 | 4/28/2002 | 96 | 763.23 |
| Bill | 6/11/2002 | 1406 | 7/11/2002 | 22 | 1,117.03 |
| **Total Polylogics Services LLC** | | | | | 1,455.26 |
| **SBC Ameritech** | | | | | |
| Bill | 4/15/2002 | 1176 | 5/15/2002 | 79 | 150.00 |
| Bill | 6/15/2002 | | 7/15/2002 | 18 | 40.03 |
| **Total SBC Ameritech** | | | | | 190.03 |
| **SBC Directory Listings Products** | | | | | |
| Bill | 2/15/2002 | 1132 | 2/25/2002 | 138 | 500.24 |
| **Total SBC Directory Listings Products** | | | | | 500.24 |
| **Shawn Clark** | | | | | |
| Bill | 6/26/2002 | | 7/31/2002 | 7 | 140.00 |
| **Total Shawn Clark** | | | | | 140.00 |
| **Skelley Lumber Co** | | | | | |
| Bill | 2/28/2002 | | 3/30/2002 | 125 | 2,353.55 |
| **Total Skelley Lumber Co** | | | | | 2,353.55 |
| **SmartLease by GMAC** | | | | | |
| Bill | 5/30/2002 | | 6/19/2002 | 34 | 628.20 |
| Bill | 6/28/2002 | | 7/18/2002 | 5 | 628.20 |
| **Total SmartLease by GMAC** | | | | | 1,256.40 |
| **Speedway SuperAmerica LLC** | | | | | |
| Bill | 6/15/2002 | | 6/30/2002 | 18 | 408.30 |
| **Total Speedway SuperAmerica LLC** | | | | | 408.30 |
| **Springfield Museum Of Art** | | | | | |
| Bill | 3/14/2002 | | 3/24/2002 | 111 | 1,000.00 |
| **Total Springfield Museum Of Art** | | | | | 1,000.00 |
| **Sprint** | | | | | |
| Bill | 5/31/2002 | | 6/30/2002 | 33 | 1,283.56 |
| **Total Sprint** | | | | | 1,283.56 |
| **Staples** | | | | | |
| Bill | 6/3/2002 | | 7/3/2002 | 30 | 3,047.37 |
| **Total Staples** | | | | | 3,047.37 |
| **Thersa Cammer** | | | | | |
| Bill | 6/28/2002 | | 7/8/2002 | 5 | 64.50 |
| **Total Thersa Cammer** | | | | | 64.50 |
| **Tracy Graphical** | | | | | |
| Bill | 3/30/2002 | 1108 | 4/29/2002 | 95 | 1,229.60 |
| Bill | 5/10/2002 | 1105 | 6/9/2002 | 54 | 1,144.80 |
| **Total Tracy Graphical** | | | | | 2,374.40 |
| **Urbana Daily Citizen** | | | | | |

07/03/02

# Amtel Directories Inc.
## Unpaid Bills Detail
### As of July 3, 2002

| Type | Date | Num | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|
| Bill | 4/11/2002 | | 5/11/2002 | 83 | 10.00 |
| **Total Urbana Daily Citizen** | | | | | 10.00 |
| **Wagner Maurice Davidson & Gilbert Co LPA** | | | | | |
| Bill | 4/15/2002 | | 4/25/2002 | 79 | 275.00 |
| **Total Wagner Maurice Davidson & Gilbert Co LPA** | | | | | 275.00 |
| **YPPA** | | | | | |
| Bill | 1/26/2002 | 00291... | 2/25/2002 | 158 | 280.00 |
| Bill | 4/1/2002 | | 5/1/2002 | 93 | 1,250.00 |
| Bill | 4/25/2002 | 00297... | 5/25/2002 | 69 | 285.00 |
| Bill | 7/1/2002 | | 7/31/2002 | 2 | 1,250.00 |
| **Total YPPA** | | | | | 3,065.00 |
| **TOTAL** | | | | | **137,402.00** |

## RIGHT TO REPURCHASE ASSETS AGREEMENT

WHEREAS, the parties hereto, AM-TEL DIRECTORIES, INC., as the Seller, and B.P. WHITE DIRECTORIES LLC, as the Buyer, agreed to the sale and purchase of the assets of AM-TEL DIRECTORIES, INC. on July 3, 2002. A copy of such agreement is attached hereto as Exhibit "A"; and,

WHEREAS, if economic conditions improve for AM-TEL DIRECTORIES, INC., it is the desire of AM-TEL DIRECTORIES, INC. to buy back the assets so sold.

NOW, THEREFORE, it is agreed by AM-TEL DIRECTORIES, INC. and B.P. WHITE DIRECTORIES, LLC as follows:

As long as STEVE M. BRANDEBERRY is an employee of B.P. WHITE DIRECTORIES LLC:

(1) AM-TEL DIRECTORIES, INC. shall have the right to buy back the assets so sold anytime within a five (5) year period beginning July 3, 2002, for the sum of Two Hundred Fifty Thousand and 00/100 Dollars ($250,000.00) plus the assumption of debts and obligations of B.P. WHITE DIRECTORIES and those of WILLIAM N. WHITE related to the operation of the directory business. These obligations are set forth in the attached Exhibit "B".

(2) Should, for any reason, STEVE M. BRANDEBERRY cease, on his own accord, to be an employee of B.P. WHITE DIRECTORIES, LLC, then AM-TEL DIRECTORIES, INC. shall have one hundred and twenty (120) days to exercise the option to repurchase the assets and complete the acquisition.

**In Witness Whereof,** the parties to these presents have hereunto set their hand the day and year first above written.

SIGNED AND ACKNOWLEDGED IN THE
PRESENCE OF:

                                         B.P. WHITE DIRECTORIES LLC

_____    BY: _____

_____

                                         AM-TEL DIRECTORIES, INC.

_____    BY: _____

_____

STATE OF OHIO
COUNTY OF _____, SS:

Before me, a Notary Public, in and for said County and State, personally appeared **B.P. WHITE DIRECTORIES LLC**, by _____, its _____, who acknowledged the signing of the foregoing to be the voluntary act and deed of the said B.P. WHITE DIRECTORIES LLC and the voluntary act and deed of the said _____, personally and as such officer.

IN TESTIMONY WHEREOF, I have hereunto set my hand and Official Seal at _____, Ohio, this _____ day of _____, 20_____.

_____
NOTARY PUBLIC

STATE OF OHIO
COUNTY OF _____, SS:

Before me, a Notary Public, in and for said County and State, personally appeared **AM-TEL DIRECTORIES, INC.**, by _____, its _____, who acknowledged the signing of the foregoing agreement to be the voluntary act and deed of the said AM-TEL DIRECTORIES, INC. and the voluntary act and deed of the said _____, personally and as such officer.

IN TESTIMONY WHEREOF, I have hereunto set my hand and Official Seal at _____, Ohio, this _____ day of _____, 20_____.

_____
NOTARY PUBLIC

THIS INSTRUMENT PREPARED BY:
HARLEY A. DAVIDSON, ATTORNEY AT LAW
117 West Court Street, Urbana, OH 43078